UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Maribeth L Taylor<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUNSEA ENERGY LLC; SUNSEA ENERGY NJ, LLC; SUNSEA ENERGY HOLDINGS, LLC.; EZE SALES & MARKETING INC.; JACOB ADIGWE. DANIEL ADIGWE, EBERE GOODLUCK, PROGRESSIVE LIGHT AND POWER, LLC, PROGRESSIVE LIGHT AND POWER,<br><br>　　　　Defendants. | #7<br>Fee paid<br>15BK/ KCB<br><br>Civil Action No.: 2:24-cv-348<br><br>FILED<br><br>MAR 18 2024<br><br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

**COMPLAINT AND DEMAND**

Maribeth L Taylor, pro se litigant., by way of this Complaint, seeks damages against Defendants Sunsea Energy LLC, Sunsea Energy NJ, LLC; Sunsea Energy Holdings, LLC., Progressive Light and Power, LLC, Progressive Light and Power, Eze Sales & Marketing Inc.; Jacob Adigwe. Daniel Adigwe, Ebere Goodluck, and states as follows:

## NAME AND ADDRESS

1. Plaintiff, I Maribeth L Taylor principal place of resident 1215 Holmes St McKees Rocks, PA 15136, owner of telephone number 412-771-6116.

2. Defendants SunSea Energy LLC; SunSea Energy NJ, LLC; and SunSea Energy Holdings, LLC (collectively "SunSea") are Delaware limited liability. companies, having their principal place of business at 1930 Marlton Pike East, Suite N73, Cherry Hill, New Jersey 08003. Also, 300 Macdade Blvd Darby, PA 19023  1-844-277-7517

3. Defendant Eze Sales & Marketing Inc. ("Eze") is a Pennsylvania corporation, having a principal place of business at 14 East Stratford Ave Suite 4B & 4C Lansdowne, PA 19050 and 300 Macdade Blvd, Darby, PA 19023 (484)494-0562, (215)758-9845

4. Defendant Jacob Adigwe, a resident of Pennsylvania, is a co-founder, CEO, and 100% member of the SunSea entities. Residing at 2031 Ravenwood Rd. Folcroft, PA 19032 (215) 758-4077

5. Defendant Jacob Adigwe also owns Eze Sales & Marketing Inc.

6. Defendant Daniel Adigwe, Managing Partner and President of Progressive Light and Power LLC

   Home Address: 93 Barker Ave. Sharon Hill, PA 19079

   The company's principal address is 300 Macdade Blvd, Collingdale, PA 19023.

7. Ebere Goodluck serves as Vice President, Operations at Progressive Light and Power, 2031 Ravenwood Drive, Folcroft PA 19032. The company's principal address is 300 Macdade Blvd, Collingdale, PA 19023. Goodluck home address 400 Glendale Rd. #41J, Havertown, PA. 19083. (267) 227-6188

## JURISDICTION

8. Jurisdiction is appropriate pursuant to 27 U.S.C. § 1332 because Maribeth L Taylor and some Defendants are citizens of different states and the amount in controversy in this matter, exclusive of interest and costs, exceeds the sum of $75,000.00.

9. For the purposes of 27 U.S.C. § 1332, each of the SunSea entities is a citizen of Pennsylvania because each is a limited liability company and because Adigwe, a citizen of Pennsylvania, is the sole member of either (a) the entity or (b) another entity which in turn is the sole member of the entity.

10. This action is properly venue in this District because, among other things, Defendants conduct business in this District and many of the actions giving rise to this Complaint occurred in this District.

## **ALLEGATIONS**

11. Maribeth Taylor ("Plaintiff") brings this action under the Telephone Consumer Protection Act ("TCPA"), **47 U.S.C. § 227**,

12. The Telephone Consumer Protection Act 10. recognized that "[u]nrestricted telemarketing can be an intrusive invasion of privacy [.]" Telephone Consumer Protection Act of 1991, Pub. L. No. 102-243, § 2(5) (1991) (codified at 47 U.S.C. § 227).

13. A listing on the Registry "must be honored indefinitely, or until the registration is cancelled by the consumer or the telephone number is removed by the database administrator."

14. The TCPA and implementing regulations prohibit the initiation of telephone solicitations to residential telephone subscribers to the Registry and provides a private right of action against any entity that makes those calls, or "on whose behalf" such calls are promoted. 47 U.S.C. § 227(c)(5); 47 C.F.R. § 64.1200(c)(2)

15. These calls are a violation of US Code according to 47 CFR #167;64.1200 Subpart L: Failure to add plaintiff number to DNC list #167;64.1200(e)(2)(iii) Failure to honor DNC request.

16. violation of FCC US Code. Each call delivered a prerecorded message to plaintiff residential telephone line using a prerecorded voice without plaintiff consent, in violation of 47 CFR 64.1200(a)(2):

5

17. Each call delivered a prerecorded message without providing sufficient information about the caller, in violation of 47 CFR 64.1200(b)(1);

18. Each call delivered a prerecorded message without providing a telephone number for the caller, in violation of 47 CFR 64.1200(b)(2);

19. Each call failed to provide caller identification information that could be used to place a do-not-call request, in violation of 47 CFR 64.1601(e)(i):

20. Each call violated the TCPA prohibition against the spoofing of the "initiating" telephone number. #167;64.1200(e)(2)(iii) Failure to honor DNC request.

AND

21. Violations of the Telemarketer Act and the Spam Law constitute violations of Pennsylvania's <u>Unfair Trade Practices and Consumer Protection Law</u>, 73 P.S. § 201-1, *et seq.* ("Consumer Protection Law"). *See* 73 P.S. § 2246(a) and 73 P.S. § 2250.5(a). Under the Consumer Protection Law, the Attorney General may bring an action to stop unlawful acts or practices by filing a civil law enforcement action, whenever he/she has reason to believe a person has engaged in business practices which violate the law. The Consumer Protection Law also permits the Attorney General to enter into agreements, known as Assurances of Voluntary Compliance ("AVC"), to end unlawful

activity and obtain restitution and other relief in connection with violations of the law.

22. The Consumer Protection Law provides for penalties of up to $1,000 for each violation and up to **$3,000 per violation involving a consumer who is age 60 or older**. The Telemarketer Act and Spam Law state that 10% of any civil penalty collected for violations, up to $100 per person, is to be remitted to consumers whose complaints led to the imposition of the penalty. *See*, 73 P.S. § 2245.2(k)(2) and 73 P.S. § 2250.8(a)(2).

23. The plaintiff Maribeth L. Taylor is a resident of Pennsylvania and owner of phone number 412-771-6116, who has been continuously harassed by unwanted phone calls from the defendants. Who violated both the Federal and State Consumer protection laws.

28. Per FCC -Identification of sellers and telemarketers. A person or entity making a call for telemarketing purposes must provide the called party with the name of the individual caller, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which the person or entity may be contacted. The telephone number provided may not be a 900 number or any other number for which charges exceed local or long-distance transmission charges.

7

29. These calls were all made with spoofed numbers, anyone who is illegally spoofing can face penalties of up to $10,000 for each violation.

30. No prior business relationship existed between the Defendants and Plaintiff, and Plaintiff did not give permission to be called.

31. The Telephone Consumer Protection Act (TCPA) gives consumers a private right to action for such calls.

32. The **defendants willfully or knowingly violated** this subsection, or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph."

33. The term "willful" as defined in the Communications Act #167;312(f), does not require an intent to violate the law, only an intent to commit or omit the act in question.

# RELIEF

Plaintiff is requesting the court to find the defendants guilty under Federal DNC rule and award the plaintiff $7,500.00 for each call, 5 violations per call. The total number of violations I have documented brings the amount to **$210,000.00.** We will request the courts to subpoena all calls made to the phone number 412-771-6116 over the last 48 months, which would most likely double this amount.

Plaintiff is requesting the court to find the defendants guilty under Violations of the Telemarketer Act and the Spam Law constitute violations of Pennsylvania's Unfair Trade Practices and Consumer Protection Law.

This award would be $3,000 per violation x 5 violations per call. The total number of calls I have documented brings the amount to $330,000.00. We will request the courts to subpoena all calls made to the phone number 412-771-6116 over the last 48 months, which would most likely double this amount.

Plaintiff is also requesting the court to find the defendants guilty and award the plaintiff an additional $280,000.00 for spoofing their numbers on each call. (Anyone who is illegally spoofing can face penalties of up to $10,000 for each violation. https://www.fcc.gov/consumers/guides/stop-unwanted-robocalls-and-texts)

WHEREFORE Maribeth L Taylor, request judgment in her favor against Defendants Sunsea Energy LLC, Sunsea Energy NJ, LLC; Sunsea Energy Holdings, LLC., Progressive Light and Power, LLC, Progressive Light and Power, Protel Marketing Inc.; Eze Sales & Marketing Inc.; Jacob Adigwe. Daniel Adigwe, Lisa Smith, Dorothy Stone, Ebere Goodluck, and Adrian Nichols jointly and severally, for compensatory damages **in excess of $820,000.00**, injunctive relief preliminarily and permanently restraining and enjoining Defendants from further misconduct, treble damages, punitive damages, attorneys' fees, costs of suit, and for all other legal and equitable relief this Court may deem just.

Dated: March 12, 2024

                                         Respectfully Submitted,
                                         MARIBETH L TAYLOR
                                         1215 Holmes St
                                         McKees Rocks, PA 15136
                                         mbtaylor@mail.com
                                         412-771-6116

## CERTIFICATION UNDER L. CIV. R. 11.2

I hereby certify that, to the best of plaintiff knowledge, the matter in controversy herein is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Dated: March 12, 2024

*/s/ Maribeth L Taylor*
MARIBETH L TAYLOR
1215 Holmes St
McKees Rocks, PA 15136
mbtaylor@mail.com  412-771-6116